JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY, *Warden*,<br><br>　　　　　Respondent. | Case No. ED CV 14-2491 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 17, 2016　　　　_____

　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE